**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7035

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARRELL T. WASHINGTON, a/k/a D-Black,

Defendant - Appellant.

Appeal from the United States District Court for the District Court of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:11-cr-02064-JFA-10)

Submitted:  May 18, 2023                                  Decided:  May 22, 2023

Before NIEMEYER and RUSHING, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

Darrell T. Washington, Appellant Pro Se.  William Kenneth Witherspoon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

---

[*] The opinion is filed by a quorum pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Darrell T. Washington appeals the district court's order denying his motion for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Washington*, No. 3:11-cr-02064-JFA-10 (D.S.C. Aug. 19, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
